WOLPERT *et al. v.* MORGAN.

BECK, P. J. Under the evidence in this case the verdict for the propounder of the will in question was demanded, and the court did not err in directing the jury to return such a verdict. See *Harris* v. *McDonald,* 152 *Ga.* 18 (108 S. E. 448), and cit.

*Judgment affirmed. All the Justices concur.*

No. 5166. APRIL 16, 1926.

Appeal; probate of will. Before Judge Humphries. Fulton superior court. October 26, 1925.

*Savage & Crawford,* for plaintiffs in error.

*McElreath & Scott* and *E. E. Pomeroy,* contra.